CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant SERGE DOUBINSKI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 12-0327 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **ALLOWING TRAVEL** |
| v. ) | **TO WEDDING CELEBRATION IN** |
| ) | **THAILAND** |
| SERGE DOUBINSKI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

      Serge Doubinski, presently free on a $50,000 unsecured bond, respectfully requests that this Court permit him to travel Thailand on October 6, 2012, returning Sunday, November 4, for a wedding celebration planned long before the arrest in this case.

      Counsel has provided the government with confirmed round trip tickets for Doubinski and other participants in the celebration, as well as documentation of the ceremony.

      As additional security, Doubinski's grandfather, Mikhail Gerchenkroi, has agreed to post his primary residence, in which he has lived since 1998, as security to ensure

STIPULATION AND ORDER ALLOWING TRAVEL      1
CR 12-0327 WBS

Doubinski's return.  There is no mortgage on the property and Zillow indicates the property is worth $739,000.00.

Date: September 27, 2012                                        Respectfully submitted,

                                                                /s/
                                                                Christopher J. Cannon
                                                                Counsel for Serge Doubinski

**So Stipulated.**

Date: September 27, 2012                                        /s/
                                                                Todd Pickles
                                                                Assistant United States Attorney

    It is **Hereby Ordered** that Serge Doubinski may travel to Thailand for his previously planned wedding celebration in accordance with the schedule set out above. Mikhail Gerchenkroi must appear before a Magistrate in the Northern District of California to sign the appropriate bond forms to act as surety for the term of his grandson's travel. After those forms are signed, the Clerk's Office for the Northern District of California, to which Doubinski surrendered his passport, is directed to return that passport to Doubinski so that he may travel to Thailand.  Upon his return to the United States, Doubinski must return his passport to the Clerk's Office.

Date:  9/27/2012                                                /s/ Carolyn K. Delaney
                                                                The Honorable Carolyn K. Delaney
                                                                United States Magistrate Judge

STIPULATION AND ORDER ALLOWING TRAVEL                                              2
CR 12-0327 WBS