1  CHRISTOPHER J. CANNON, State Bar No. 88034
   Sugarman & Cannon
2  180 Montgomery Street, Suite 2350
   San Francisco, CA  94104-6702
3  Telephone: 415/362-6252
4  Facsimile: 415/362-6431

5  Attorney for Defendant SERGE DOUBINSKI

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        ) Case No. CR 12-0327 WBS
                                    )
12        Plaintiff,                ) **SECOND REVISED STIPULATION**
                                    ) **AND ORDER ADDING DRUG AND**
13     v.                           ) **ALCOHOL CONDITION AND**
                                    ) **ORDER ALLOWING TRAVEL TO**
14 SERGE DOUBINSKI,                 ) **WEDDING CELEBRATION IN**
                                    ) **THAILAND**
15        Defendant.                )
                                    )
16 _____ )

17

18       Serge Doubinski, presently free on a $50,000 unsecured bond, respectfully requests

19
   that this Court permit him to travel Thailand on October 6, 2012, returning Sunday,
20
   November 4, for a wedding celebration planned long before the arrest in this case.
21
22       Counsel has provided the government with confirmed round trip tickets for

23 Doubinski and other participants in the celebration, as well as documentation of the
24
   ceremony.
25
26       As additional security, Doubinski's grandparents have agreed posted their primary

27 residence, in which they have lived since 1998, as security to ensure Doubinski's return.
28

REVISED STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL          1
CR 12-0327 WBS

There is no mortgage on the property and Zillow indicates the property is worth $739,000.00.

Date: October 3, 2012                                           Respectfully submitted,

                                                                /s/
                                                                Christopher J. Cannon
                                                                Counsel for Serge Doubinski

**So Stipulated.**

Date: October 3, 2012                                           /s/
                                                                Todd Pickles
                                                                Assistant United States Attorney

    It is **Hereby Ordered** that Serge Doubinski may travel to Thailand for his previously planned wedding celebration in accordance with the schedule set out above. The Clerk's Office of the Eastern District of California shall cooperate to return Mr. Doubinski's passport to him so that he may travel to Thailand.  Upon his return to the United States, Doubinski must return his passport to the Clerk's Office.

    While on release, Doubinski refrain from the excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and he shall notify Pretrial Services immediately of any prescribed medication(s).  Medicinal marijuana, prescribed or not, may not be used.

Date:  October 3, 2012                                          /s/ Carolyn K. Delaney
                                                                The Honorable Carolyn K. Delaney
                                                                United States Magistrate Judge

REVISED STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL                    2
CR 12-0327 WBS