1  CHRISTOPHER J. CANNON, State Bar No. 88034
   Sugarman & Cannon
2  180 Montgomery Street, Suite 2350
   San Francisco, CA  94104-6702
3  Telephone: 415/362-6252
4  Facsimile: 415/362-6431

5  Attorney for Defendant SERGE DOUBINSKI

6

7

8                 UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,      ) Case No. CR 12-0327 WBS
                                  )
12        Plaintiff,              ) **STIPULATION AND ORDERING**
                                  ) **RECONVEYANCE OF PROPERTY**
13        v.                      ) **POSTED TO INSURE RETURN**
                                  ) **FROM WEDDING CELEBRATION**
14 SERGE DOUBINSKI,               ) **IN THAILAND**
                                  )
15        Defendant.              )
                                  )
16 _____ )

17

18     Serge Doubinski, has returned from Thailand and has surrendered his passport to
19
20 pretrial services,

21     As additional security, for that trip, Doubinski's grandfather, Mikhail Gerchenkroi,
22 ███████████████████████████████ posted his primary residence.  Because
23
24 Doubinski has now returned, there is no need for this additional security and that property
25 should be reconveyed to the poster.

26 Date: September 27, 2012                    Respectfully submitted,
27
28                                                 /s/ Christopher J. Cannon

STIPULATION AND [PROPOSED] ORDER RE RECONVEYANCE                              1
CR 12-0327 WBS

Christopher J. Cannon  
Counsel for Serge Doubinski

**So Stipulated.**

Date: September 27, 2012         /s/ Todd Pickles
                                 Todd Pickles
                                 Assistant United States Attorney

It is **Hereby Ordered** that because Serge Doubinski has returned from his travel to Thailand and has surrendered his passport the additional security posted for his travels is hereby exonerated and Clerks of the Northern and Eastern District are instructed to execute the attached reconveyances.

**Date:  11/21/2012**

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE