CHRISTOPHER J. CANNON, State Bar No. 88034
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorney for Defendant SERGE DOUBINSKI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 12-0327 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER ALLOWING TRAVEL TO** |
| v. ) | **CONVENTION FOR WORK** |
| ) | |
| SERGE DOUBINSKI, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Serge Doubinski, presently free on a $50,000 unsecured bond, respectfully requests that this Court permit him to travel to Las Vegas for a business conference from January 15th to January 20th, 2013.

Before departing, Doubinski shall provide pretrial with his round-trip travel itinerary and hotel information.  Upon his return to the Bay Area, Doubinski shall call Pretrial Services Officer Darryl Walker within 4 hours.

Date: January 8, 2013                                  Respectfully submitted,

                                                                          /s/
                                                                  Christopher J. Cannon
                                                                  Counsel for Serge Doubinski

STIPULATION AND [PROPOSED] ORDER ALLOWING TRAVEL                    1
CR 12-0327 WBS

**So Stipulated**.

Date: January 8, 2012                                /s/
                                                    Lee Bickley
                                                    Assistant United States Attorney

It is **Hereby Ordered** that Serge Doubinski may travel to Las Vegas for a business conference from January 15th to January 20, 2013.

Before departing, Doubinski shall provide pretrial with his round-trip travel itinerary and hotel information. Upon his return to the Bay Area, Doubinski shall call Pretrial Services Officer Darryl Walker within 4 hours.

Date:  January 8, 2013.                             /s/ Allison Claire
                                                    The Honorable Allison Claire
                                                    United States Magistrate Judge