Case 2:12-cr-00327-WBS   Document 58   Filed 02/25/13   Page 1 of 1

AO 442 (Rev. 11/11) Arrest Warrant    Case 2:12-cr-00327-WBS *SEALED*   Document 7 *SEALED* (Court only)   Filed 09/14/12   Page 1 of 1

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:12-CR-0327 WBS |
| | ) | |
| Svetlana Dubinsky | ) | |
| Defendant | ) | |

**ARREST WARRANT** — UNSEALED

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Serge Doubinski,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:
18:1341 Mail Fraud

**FILED**
FEB 25 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

Date: 09/14/2012                                    _L. Mena-Sanchez_
                                                    Issuing officer's signature

City and state: Sacramento, CA                      L. Mena-Sanchez, Deputy Clerk
                                                    *Printed name and title*

---

**Return**

This warrant was received on *(date)* 9-14-'12, and the person was arrested on *(date)* 9-19-'12
at *(city and state)* SAN FRANCISCO, CA.

Date: 2-22-'13                                      _signature_
                                                    *Arresting officer's signature*

                                                    MARCO RODRIGUEZ/SDUSM
                                                    *Printed name and title*