CHRISTOPHER J. CANNON, State Bar No. 88034
MATTHEW A. LAWS, State Bar No. 273697
Sugarman & Cannon
180 Montgomery Street, Suite 2350
San Francisco, CA  94104-6702
Telephone: 415/362-6252
Facsimile: 415/362-6431

Attorneys for Defendant SERGE DOUBINSKI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 12-0327 WBS |
| ) | |
| Plaintiff, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER FOR CESSATION OF** |
| v. ) | **DRUG TESTING AS CONDITION** |
| ) | **OF RELEASE ON BOND** |
| SERGE DOUBINSKI, ) | |
| ) | |
| Defendant. ) | |

     Serge Doubinski, presently free on a $50,000 unsecured bond, respectfully requests that this Court order the cessation of drug testing as a condition of his release on bond.  At Doubinski's initial appearance in the Northern District, drug testing was not ordered. September 19, 2012 Order Setting Conditions of Release, Docket Document No. 3. However, Doubinski's conditions were modified when he was allowed to travel to Thailand, and that subsequent order required him to submit to drug and/or alcohol testing. September 21, 2012 Notice to Defendant Being Released, Docket Document No. 21.  Mr. Doubinski has complied with the drug testing condition since it was initiated, and he has

STIPULATION AND [PROPOSED] ORDER FOR                1
CESSATION OF DRUG TESTING
CR 12-0327 WBS

passed every random drug test to date.  He successfully completed his most recent test on May 30, 2013.

The testing procedure requires Doubinski to call into Pretrial Services each morning, and only then is he notified whether he must submit to testing.  The last-minute nature of the notice can make it difficult for Doubinski to appropriately reschedule job commitments.  However, he has done so dutifully for approximately eight months and complied fully with this and the other conditions of release.

At this time, Doubinski respectfully requests this Court modify the conditions of his release and remove the drug testing requirement.

Date: May 30, 2013                                         Respectfully submitted,

                                                                                /s/
                                                                           Matthew A. Laws
                                                                           Christopher J. Cannon
                                                                           Attorneys for Serge Doubinski

**So Stipulated.**

Date: May 30, 2013                                                /s/
                                                                           Todd Pickles
                                                                           Assistant United States Attorney

It is **Hereby Ordered** that Serge Doubinski's conditions of release are modified and he is no longer required to submit to drug testing through Pretrial Services.  This order modifies and deletes Condition 11 contained on page three of Docket Document No. 21, filed in this case on September 21, 2012.

Date:  May 31, 2013

                                                                           The Honorable Allison Claire
                                                                           United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER FOR                              2
CESSATION OF DRUG TESTING
CR 12-0327 WBS